ACCEPTED
06-14-00208-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/27/2015 5:14:57 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00208-CR

| | | | |
|---|---|---|---|
| STATE OF TEXAS | § | IN THE | |
| | § | | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| VS. | § | 6TH COURT | 5/27/2015 5:14:57 PM<br>DEBBIE AUTREY<br>Clerk |
| | § | | |
| TONY DEWAYNE CRAYTON | § | OF APPEALS | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Tony Dewayne Crayton, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. Tony Dewayne Crayton, and numbered 1323670.

3.      Appellant was convicted of Murder.

4.      Appellant was assessed a sentence of 50 years on November 24, 2014.

5.      Notice of appeal was given on November 24, 2014.

6.      The clerk's record was filed on March 26, 2015; the reporter's record was filed on January 27, 2015.

7. The appellate brief is presently due on May 27, 2015

8. Appellant requests an extension of time of 30 days from the present date, i.e. June 27, 2015.

9. One extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

A. Appellant's case raises many areas of appellate consideration many of which are quite complex, including:

a. Multiple search and seizure issues;

b. Issues regarding the admissibility of Appellant's statement to law enforcement;

c. Challenges to a Search Warrant;

d. and the trial court taking judicial notice of evidence during its deliberations, a unique situation that has not been thoroughly litigated on appeal.

B. This is a Murder case that involves a severe sentence and all appellate issues should be given sufficient consideration and time to be develop and properly brief on appeal.

C. Although Appellant's attorney has spent considerable time thus

far, he has been unable to devote sufficient time to prepare Appellant's Brief.

D.    Appellant's attorney has spent extensive time in court appearing on the following dates and cases:

1. 4/27/15 – Wood County District Court: State of Texas v. Krystal Prescher, Cause No. 20621-2009;

2. 8th Judicial District Court of Hopkins County:

    a. 5/26/15 State of Texas v. Robert Dyer, Cause No. 1424287, State of Texas v. Eric Holley, Cause No. 1524426, State of Texas v. Jonathan Smith, Cause No. 1524517, State of Texas v. Joshua Hill, Cause No. 1524423;

    b. 5/15/15 State of Texas v. Jonathan Swindell, Cause No. 1122102, 1323382.

    c. 5/19/15 State of Texas v. Tallan Askew, Cause No. 1424015, 1424016, In the Matter of Deanthony Moore, a child, Cause No. J01631;

    d. 4/30/15 State of Texas v. Jordan Delapaz, Cause No. 1524486;

3. 8th Judicial District Court of Franklin County:

a. 5/1/15 State of Texas v. Marty Sanders Cause No. F-8876;

4. Hunt County Court at Law No. 2:

a. State of Texas v. Kendrick Moseley;

5. 8th Judicial District Court of Delta County:

a. 5/22/15 State of Texas v. Katy Fouse, Cause No. 7421, State of Texas v. Britney Jester, Cause No. 7431, State of Texas v. Terrance Parker, Cause No. 7434, 7325, 7196.

E. Further, Appellant's attorney prepared and filed an Appellant's Brief in the 6th Court of Appeals, Appellate No. 06-14-00110-CR, Cody Thomas v. The State of Texas on 4/26/15.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, Texas 75482
Tel: (903) 885-2040
Fax: (903) 500-2704


By: /s/ Martin Braddy

Martin Braddy
State Bar No. 00796240
martin.braddy@verizon.net
Attorney for Tony Dewayne Crayton

## CERTIFICATE OF SERVICE

This is to certify that on May 27, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, 110 Main Street Sulphur Springs, Texas 75482, by E-mail.


/s/ Martin Braddy
Martin Braddy